CITIZENS UTILITIES COMPANY, Petitioner,

v.

FEDERAL POWER COMMISSION, Respondent.

Docket 27168.

United States Court of Appeals Second Circuit.

Argued Oct. 30, 1961.

Decided Nov. 2, 1961.

Clifton G. Parker, Morrisville, Vt. (Milton S. Gould and Arthur S. Friedman, of Gallop, Climenko & Gould, New York City, and Reuben Goldberg, Washington, D. C., of counsel), for petitioner.

Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C. (Ralph S. Spritzer, Gen. Counsel, Federal Power Commission, Washington, D. C., of counsel), for respondent.

Before CLARK and MARSHALL, Circuit Judges.

PER CURIAM.

Motion of the Federal Power Commission to dismiss the petition for review is granted and petitioner's motion for a stay is denied as moot; all issues now before us were fully decided in Citizens Utilities Co. v. F. P. C., 2 Cir., 279 F.2d 1, and are here *res judicata*.

Arthur J. GOLDBERG, Secretary of the United States Department of Labor, Plaintiff, Appellant,

v.

PLUMMER ASSOCIATES OF PUERTO RICO, INC., Defendant, Appellee.

No. 5786.

United States Court of Appeals First Circuit.

Nov. 24, 1961.

Charles Donahue, Solicitor of Labor, Washington, D. C., Bessie Margolin, Asst. Solicitor, Beate Bloch, Attorney, Washington, D. C., and Kenneth P. Montgomery, Regional Attorney, San Juan, P. R., on brief, for appellant.

Appellee submitted on the record by leave of Court.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

This appeal from a judgment dismissing a complaint brought to enjoin alleged violations of the minimum wage and overtime provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.A. § 201 et seq., is ruled by the decision of this court in Goldberg v. Nolla, Galib & Cia. (Goldberg v. Five Boro Construction Corp.), 291 F.2d 371 (C.A. 1, 1961), cert. denied, 82 S.Ct. 179 (U.S.Nov. 6, 1961).

Judgment will be entered vacating the judgment of the District Court and remanding the case to that Court for further consistent proceedings.